LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

SENDER
ADAM G. SINGER
EMAIL
ASINGER@ADAMSINGERLAW.COM

DIRECT DIAL
(212) 842 – 2428
FACSIMILE
(212) 658 – 9682

September 22, 2020

**VIA ECF**
The Hon. Paul A. Engelmayer
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: <u>Lee v. Genesis Credit Management, LLC et al; 1:20-cv-04447 (PAE)</u>
> *Letter Motion of Plaintiff on consent of Defendants to Adjourn Initial Conference*

Dear Judge Engelmayer:

This firm represents Plaintiff in the above-referenced action ("Action"). Due to religious observances, Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference, currently scheduled for 3 P.M. on October 7, 2020. All Defendants consent to Plaintiff's request for an adjournment, and this is the first such request by any party.

After conferring with counsel for each Defendant, Plaintiff proposes October 16 and October 19 as possible dates for a rescheduled conference if these dates are convenient for Your Honor. Thank you for your consideration.

Respectfully submitted,

Adam G. Singer

Granted. The initial pretrial conference,
currently scheduled for October 7, 2020,
is adjourned to October 19, 2020 at 2:00
p.m. SO ORDERED

PAUL A. ENGELMAYER
United States District Judge
9/22/2020