UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNMI LEE,<br><br>                 *Plaintiff*,<br><br>-against-<br><br>GENESIS CREDIT MANAGEMENT, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                 *Defendants.* | Case No.: 1-20-cv-04447 (PAE)<br><br>PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY |

      I, Brett D. Sherman, SDNY Bar number 4917, having entered an appearance on behalf of Plaintiff in the above-referenced case, hereby submit this proposed order to withdraw my appearance because, as of the close of business on February 5, 2021, I will no longer be employed by the Law Office of Adam G. Singer, PLLC. I further request that I no longer receive ECF notifications (or notifications of any kind) concerning the action.

      Please further note that Adam G. Singer of the Law Office of Adam G. Singer, PLLC shall continue to represent Plaintiff in the action.

Dated: February 5, 2021

LAW OFFICE OF ADAM G. SINGER, PLLC

*/s/ Brett D. Sherman*
Brett D. Sherman, Esq.
Bar No. 4917
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
*Attorneys for Plaintiff Karen Marie Kozlowski*

Granted.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
2/5/2021