UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNMI LEE,

                              Plaintiff,

-v-

GENESIS CREDIT MANAGEMENT, LLC,

                              Defendant,

20 Civ. 4447 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict that has recently arisen, the case management conference in the above-captioned case, originally scheduled for Friday, October 29, 2021, at 2:00 p.m., Dkt. 50, is rescheduled for **Monday, November 8, 2021, at 3:00 p.m.**

As the conference will be telephonic, the parties are reminded that they should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: October 13, 2021
       New York, New York