UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNMI LEE,

                                  Plaintiff,

              -v-

GENESIS CREDIT MANAGEMENT LLC,

                                  Defendant.

20 Civ. 4447 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth in the conference today, the Court extends the deadline for fact discovery until **November 19, 2021**, for the limited purpose of giving defense counsel the opportunity to depose April Eli by that date and of allowing plaintiff's counsel to depose one witness of their choice among the witnesses recently disclosed by defense counsel. For the avoidance of doubt, fact discovery is otherwise closed.

The Court also schedules a case management conference for **December 17, 2021, at 8:30 a.m**. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

SO ORDERED.

PAUL. A. ENGELMAYER
United States District Judge

Dated: November 8, 2021
New York, New York