UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUNMI LEE,

                      Plaintiff,

-v-

GENESIS CREDIT MANAGEMENT, LLC,

                      Defendant.

20 Civ. 4447 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    At today's conference, the Court set a deadline of January 14, 2022 for the joint pretrial order and accompanying submissions due under the Court's Individual Rule 5. Any motions *in limine* are due January 14, 2022. Opposition to motions *in limine* are due January 21, 2022. Upon review of the submissions, the Court will schedule a final pretrial conference to, *inter alia*, resolve any motions *in limine* that have been made.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                         PAUL A. ENGELMAYER
                                         United States District Judge

Dated: December 17, 2021
          New York, New York