LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

January 11, 2022

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
U.S. District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: *Lee v. Genesis Credit Management, LLC et al.* 1:20-cv-04447 (PAE)
    **Motion for Extension of Time to Submit Joint Pre-trial Order**

Dear Judge Engelmayer:

    Plaintiff respectfully requests an additional ten days for the parties to submit their joint pre-trial order. The original due date for this order is January 14, 2022. The new deadline would be Monday, January 24, 2022. This is Plaintiff's first request and counsel for Defendant Genesis Credit Management, LLC consents.

                                    Respectfully submitted,

                                    *Adam G. Singer*

                                    Adam G. Singer

        Granted. SO ORDERED.

        *Paul A. Engelmayer*                    Dated: January 12, 2022
        _____
        PAUL A. ENGELMAYER
        United States District Judge

**ROCKLAND**
75 MONTEBELLO ROAD
SUFFERN, NY 10961

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601