UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNMI LEE,

                           Plaintiff,                      20-CV-04447 (SN)

   -against-                                               **ORDER**

GENESIS CREDIT MANAGEMENT, LLC, et al.,

                           Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 20, 2022, the parties consented to my jurisdiction. ECF No. 76. A call is scheduled for Tuesday, February 01, 2022, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      New York, New York
                 January 21, 2022