```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNMI LEE,

                        **Plaintiff,**                    20-CV-04447 (SN)

         -against-                                   **ORDER**

GENESIS CREDIT MANAGEMENT, LLC,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        By February 22, 2022, the parties shall file a letter informing the Court whether both Plaintiff and Defendant are available for trial the week of May 23, 2022. If either party is unavailable at that time, then both parties shall identify all dates in July, August, and September 2022, when they are unavailable for trial.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     New York, New York
                February 16, 2022