UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUNMI LEE,

                        **Plaintiff,**                  20-CV-04447 (SN)

      -against-                                       **ORDER**

GENESIS CREDIT MANAGEMENT, LLC,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has been informed that the Parties have reached a settlement in this case. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within sixty (60) days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     New York, New York
                April 6, 2022